# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## TRENTON DIVISION

IN RE:                                                      CASE NO.: 20-15557-MBK
                                                                            CHAPTER 13

Tracey L. Gladden,

  Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of HOME POINT FINANCIAL CORPORATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                                         Robertson, Anschutz, Schneid & Crane LLC
                                         Attorney for Secured Creditor
                                         10700 Abbott's Bridge Road, Suite 170,
                                         Duluth, GA 30097
                                         Telephone: 470-321-7112

                                         By: <u>/s/Aleisha C. Jennings</u>
                                             Aleisha C. Jennings, Esquire
                                             Email: ajennings@rasnj.com

# CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that on April 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Tracey L. Gladden
7 River Lane
Delanco, NJ 08075

And via electronic mail to:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street  Suite 502
Philadelphia, PA 19107

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                              Robertson, Anschutz, Schneid & Crane LLC
                                              Attorney for Secured Creditor
                                              10700 Abbott's Bridge Road, Suite 170,
                                              Duluth, GA 30097
                                              Telephone: 470-321-7112

                                              By: /s/Aleisha C. Jennings
                                              Aleisha C. Jennings, Esquire
                                              Email: ajennings@rasnj.com