UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                       CASE NO.: 20-15557-MBK
                                                                    CHAPTER 13

Tracey L. Gladden,

  Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CITRON, LLC
130 CLINTON ROAD, SUITE 202,
FAIRFIELD, NJ 07004

                                       RAS Citron, LLC
                                       Attorney for Secured Creditor
                                       130 Clinton Road, Suite 202,
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112

                                       By: /s/Aleisha C. Jennings
                                            Aleisha C. Jennings, Esquire
                                            Email: ajennings@rasnj.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Tracey L. Gladden
7 River Lane
Delanco, NJ 08075

And via electronic mail to:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street  Suite 502
Philadelphia, PA 19107

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. Trustee
US Dept of Justice
Office of the US Trustee
 One Newark Center Ste 2100
Newark, NJ 07102

        RAS Citron, LLC
        Attorney for Secured Creditor
        130 Clinton Road, Suite 202,
        Fairfield, NJ 07004
        Telephone: 470-321-7112

        By: /s/Aleisha C. Jennings
        Aleisha C. Jennings, Esquire
        Email: ajennings@rasnj.com