UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

CN 4853

Trenton, NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Tracey L. Gladden

Debtor(s)

Case No. 20-15557 / MBK

Hearing Date: June 16, 2020  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

### TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.    The Trustee's calculations are higher for the following reason(s): -excessive expense Schedule J $710/car payment (allowed $508)**
**-Form    122c-2 Line    45 shows    monthly    disposable    income    $1,019.18 which    requires minimum $61,150.80 dividend to general unsecured creditors**

**Schedules A and C must be updated to include the debtor's rental property at 118 Wildflower Place Delran NJ.  Schedule I & J must also be updated to include the mortgage and rent.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

 /s/    Albert Russo

 Albert Russo

 Standing Chapter 13 Trustee

 by: Erik Collazo, Staff Attorney