IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**Tracey L. Gladden**

| | |
|---|---|
| Case No.: | **20-15557** |
| Chapter: | **13** |
| Hearing Date: | **9/9/2020 @ 9AM** |
| Judge: | **MBK** |

**MOTION TO RECONSIDER THE JULY 28, 2020 ORDER DISMISSING THE DEBTOR'S CHAPTER 13 BANKRUPTCY**

Comes Now, Tracey L. Gladden, hereinafter referred to as "Debtor" and move this Honorable Court to reconsider its July 28, 2020 Order Dismissing the Debtor's Chapter 13 Bankruptcy and in support thereof aver the following:

1. The above captioned bankruptcy matter was filed as a Chapter 13 on or about April 14, 2020.

2. The Chapter 13 bankruptcy matter was assigned case number 20-15557.

3. On or about July 28, 2020, the Debtor was dismissed for failure to make plan payments.

4. The undersigned counsel made multiple attempts to contact the Debtor to discuss the plan payment but the Debtor failed to respond.

5. The Debtor was unaware that failure to answer would result in a dismissal of her bankruptcy case.

6. The undersigned counsel and the Debtor have since been in communication regarding the Chapter 13 plan and the Debtor is ready and able to make payments prior to the hearing on this instant motion.

7. The Debtor is desirous of continuing to make regular and monthly Chapter 13 Plan payments.

8. In furtherance of the instant Motion, the Modified Chapter 13 plan will be filed contemporaneously and is attached hereto as **"Exhibit A**."

**WHEREFORE**, for the reasons stated herein, the Debtor respectfully requests that this Honorable Court Reconsider its July 28, 2020 Order dismissing the instant matter.

Dated: August 7, 2020

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107