| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Tracey L. Gladden<br><br><br>Debtor(s) | Case No.: 20-15557 / MBK<br><br>Chapter 13<br><br>Hearing Date: 9/9/2020 at 9:00 AM<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO MOTION TO VACATE DISMISSAL**

**Albert Russo,** the Standing Chapter 13 Trustee, hereby objects to the Motion to for the following reasons:

1. The debtor has not supplied the Trustee with the following item(s):
   - valuation of real property
   - amended schedules
   - Deed.
   - Homeowners insurance with liability coverage.

2. The debtor has failed to file a feasible plan that addresses tax claims.

Dated: August 11, 2020            /s/ Albert Russo
                                  Albert Russo, Standing Chapter 13 Trustee
                                  By: David Martin, Staff Attorney