UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:  
    Tracey L. Gladden,  
        Debtor.  
_____/

CASE NO.: 20-15557-MBK  
CHAPTER 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Home Point Financial Corporation  
Name of Transferee

Name and Address where notices to Transferee should be sent:  
Home Point Financial Corporation  
9726 Old Bailes Road  
Fort Mill, SC 29707

Phone: 1-855-998-3056  
Last Four Digits of Acct #: 8789

Home Point Financial Corporation  
Name of Transferor

Court Claim # (if known): 15-2  
Amount of Claim: $155,973.85  
Date Claim Filed: 6/21/2021

Phone:  
Last Four Digits of Acct #: 9026

Name and Address where Transferee payments should be sent (if different from above):  
Home Point Financial Corporation  
9726 Old Bailes Road  
Fort Mill, SC 29707

Phone: 1-855-998-3056  
Last Four Digits of Acct #: 8789

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sindi Mncina

Date: 06/20/2022

Transferee/Transferee's Agent

*Penalty for making a false statement Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____June 24, 2022_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TRACEY L. GLADDEN
7 RIVER LANE
DELANCO, NJ 08075

And via electronic mail to:

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET, STE 502
PHILADELPHIA, PA 19107

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/  Angela Gill

PO Box 100081 Duluth, GA 30096

NMLS# 7706

# WELCOME!





TRACEY GLADDEN
7 RIVER LN
DELANCO NJ  08075-1640

May 25, 2022

Dear Tracey Gladden:

Home Point Financial Corporation is notifying you about the upcoming transition in our service provider, on June 1, 2022. The subservicing is transferring from Home Point Financial Corporation to Home Point Financial Corporation subserviced by ServiceMac, LLC.

We are excited about this change and what it means for our customers. This letter explains what you should know about the transfer of servicing and how Home Point Financial Corporation will help you manage your loan going forward. Please review carefully and retain for your records.

## WHAT IS CHANGING

Your Loan Number: When the servicing of your loan transfers, effective June 1, 2022, your loan number will change to ▇▇▇▇▇▇▇.

Schedule of Fees: Enclosed is the Home Point Financial Corporation fee schedule.

Your Payment: Beginning June 1, 2022, you will send your mortgage payment to Home Point Financial Corporation. You should receive a billing statement from us after the transfer date listed above. If you do not receive a billing statement before the next payment is due, you may use the attached coupon or pay by using another payment option described below. As of May 31, 2022, the principal balance of your loan is $153,218.64 with an escrow balance of $411.64.

Payment Options:
- Automatic payments: If your monthly payments to Home Point Financial Corporation are automatically withdrawn from your bank account, we will continue this withdrawal. If you would like to enroll in recurring payments, please enroll through our online portal at www.homepointfinancial.com or by calling our Customer Experience Team at 1-855-998-3056, Monday through Friday 8:30 AM to 8:00 PM.

- Online Bill Pay: If you currently make your mortgage loan payments using an online bill pay service or online banking, please ensure the bill provider name is Home Point Financial Corporation, the account number is 9014178789 and the address to PO Box 105178, Atlanta, GA 30348-5178 to continue to make payments.

- Additional Payment Options: Attached FAQs include same day and recurring payment options.

- Payment protections with a transfer: Under federal regulations, you receive protection from late charge assessments and negative credit bureau reporting for sixty (60) days after the servicing transfer date. You will find additional information on this topic in the "Important Legal Information" section further below.

Online account access:
- If you are currently enrolled in paperless statements (electronic statements), Home Point Financial Corporation would like to continue to send electronic communications. You will need to enroll in Home Point Financial Corporation's online customer portal.
- Manage your account online through our customer portal at www.homepointfinancial.com. Select "Register". You will be prompted to enter information and will be guided through the remaining steps.
- Setting up account alerts can help you stay on top of important events.

| Dates to Remember: | | |
|---|---|---|
| **May 31, 2022** | **June 1, 2022** | **June 8, 2022** |
| This is the last day that your current subservicer will accept your mortgage payments. | ServiceMac, LLC on behalf of Home Point Financial Corporation begins accepting your mortgage payments. Your loan number will change. | You can access your loan and make payments at www.homepointfinancial.com. Also, you can sign up for paperless billing and manage other loan information. |

**Optional Products:** If you have mortgage, life, or disability insurance or any other type of optional insurance, premiums will not be transferred to the new subservicer, and the insurance will be discontinued. Please contact the provider of the optional insurance or membership product(s) directly regarding your continuation privileges, if applicable.

**Lender Placed Insurance Policies:** If your current subservicer has placed insurance on your mortgage loan (due to missing or insufficient coverage), this policy will be canceled at servicing transfer and Home Point Financial Corporation will contact you in writing regarding placing new coverage on your loan.

**Insurance Mortgagee Clause:** Your current subservicer will notify your homeowners, hazard and flood insurance company of your new loan number and to change your *mortgagee clause* to the following address:

> Home Point Financial Corporation
> ISAOA ATIMA
> P.O. Box 29411
> Phoenix, AZ  85038-9411

**Mortgage Assistance:** If you are in the process of receiving mortgage assistance from Home Point Financial Corporation, are in the process of completing an application for assistance and need documents or if you have any questions about the status with Home Point Financial Corporation please reach out via one of the below methods:

| | |
|---|---|
| Phone: | 1-855-998-3056 |
| Regular Mail: | **Home Point Financial Corporation**<br>**PO Box 100077 Duluth, GA 30096** |
| Overnight Mail: | **Home Point Financial Corporation**<br>**9726 Old Bailes Road Suite 200**<br>**Fort Mill, SC 29707** |

**Escrow Account Management:** If you have an escrow account for payment of taxes, insurance and/or mortgage insurance, Home Point Financial Corporation will complete an escrow analysis each year and communicate any changes impacting your payment. You can find additional information about your escrow account through www.homepointfinancial.com.

**Year-End Statements:** Next year you may receive two, year-end statements. You will need to add the amounts on both statements to get the total amount of taxes and interest you paid for the year for tax reporting purposes.

Except for the above changes related to the servicing of your loan, the transfer of servicing does not affect any term or condition of your loan.

We are here to assist you and help you through this transition.

Sincerely,

Home Point Financial Corporation Customer Experience Team
NMLS# 7706

## Payment Options and Contacts

### Payment Addresses and Contact Information

|  | On or before May 31, 2022 | On or after June 1, 2022 |
|---|---|---|
| Send Payments to: | Please see the last mortgage statement that you received from your current subservicer, for payment information. | Home Point Financial Corporation<br>PO Box 105178<br>Atlanta, GA 30348-5178 |
| Contact for questions, including questions about this transfer: | Home Point Financial Corporation Customer Service<br>1-800-686-2404 | **Home Point Financial Corporation Customer Service 1-855-998-3056<br>Monday through Friday 8:30 AM to 8:00 PM** |
| Send written correspondence to: | Home Point Financial Corporation<br>11511 Luna Road, Suite 200<br>Farmers Branch, TX 75234 | **Home Point Financial Corporation<br>PO Box 100077<br>Duluth, GA 30096** |

### How to Make Your First Payment to Home Point Financial Corporation

| To pay by: | Instructions for convenient ways to pay: |
|---|---|
| www.homepointfinancial.com | You will be able to access your online account June 8, 2022. You can make a payment online from any checking or savings account anytime at www.homepointfinancial.com. |
| Online bill payment through your bank or bill-payment service or military allotment | Update your payment information with your provider before making your next payment:<br>New Loan Number: ▮▮▮▮▮▮▮<br>Full Company Name: Home Point Financial Corporation<br>Payment mailing address: PO Box 105178 Atlanta, GA 30348-5178.<br>Please be sure to cancel any online payments currently scheduled to be made on or after May 31, 2022. |
| Automatic Mortgage Payments | At www.homepointfinancial.com you can enroll to have your monthly payment automatically withdrawn from your checking or savings account. |
| Mail | With the attached payment coupon, you can send in a check for your mortgage payment. The mailing address is listed above for your reference. If you have already mailed your next payment to your current subservicer and it is received on or after June 1, 2022, they will forward it to us. During the 60 days after June 1, 2022 you will not be charged a late fee for payments made to your current subservicer and forwarded to us. |
| Phone | Call our automated payment service at **1-855-998-3056.** |

\*\*Please disregard this coupon if you are set up for recurring payments, paperless bill, or have already made your payment\*\*

## TEMPORARY PAYMENT COUPON