| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 20-15557 / MBK**

Tracey L. Gladden

Petition Filed Date: 04/14/2020
341 Hearing Date: 05/14/2020
Confirmation Date: 10/28/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2023 | $2,205.00 | 89434670 | 02/13/2023 | $2,205.00 | 89964920 | 03/27/2023 | $2,205.00 | 90757830 |
| 04/26/2023 | $2,205.00 | 91294570 | 05/24/2023 | $500.00 | 91828200 | 06/22/2023 | $5,614.94 | 92327430 |
| 07/18/2023 | $2,205.00 | 92799230 | 08/16/2023 | $2,205.00 | 93298970 | 09/27/2023 | $2,205.00 | 93994650 |
| 10/25/2023 | $1,705.00 | 94470870 | 11/20/2023 | $2,205.00 | 94930720 | 12/19/2023 | $500.00 | 95389700 |
| 01/16/2024 | $2,205.00 | 95844560 | | | | | | |

**Total Receipts for the Period: $28,164.94    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $90,170.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Tracey L. Gladden | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brad J. Sadek, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,940.00 | $2,940.00 | $0.00 |
| 1 | NAVIENT SOLUTIONS, ON BEHALF OF ECMC | Unsecured Creditors | $140,642.40 | $0.00 | $140,642.40 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2002, 2004/ORDER 11/4/2020 | Secured Creditors | $12,193.00 | $12,193.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2010-2015,2017,2019 | Priority Creditors | $75,246.91 | $61,283.26 | $13,963.65 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2006 | Unsecured Creditors | $37,095.23 | $0.00 | $37,095.23 |
| 5 | DISCOVER BANK | Unsecured Creditors | $3,596.21 | $0.00 | $3,596.21 |
| 6 | SANTANDER CONSUMER USA<br>»» 2020 JEEP GRAND CHEROKEE/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | DEUTSCHE BANK NATIONAL TRUST CO.<br>»» NP/118 WILDFLOWER PL/1ST MTG | Mortgage Arrears | $4,391.14 | $4,391.14 | $0.00 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $273.00 | $0.00 | $273.00 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $847.68 | $0.00 | $847.68 |
| 10 | TD BANK USA NA | Unsecured Creditors | $1,825.20 | $0.00 | $1,825.20 |
| 11 | FAIR SQUARE FINANCIAL, LLC. | Unsecured Creditors | $3,075.53 | $0.00 | $3,075.53 |
| 12 | WELLS FARGO BANK, NA | Unsecured Creditors | $2,339.52 | $0.00 | $2,339.52 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $6,134.46 | $0.00 | $6,134.46 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $22,633.79 | $0.00 | $22,633.79 |

**Chapter 13 Case No. 20-15557 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LORD & TAYLOR | Unsecured Creditors | $958.93 | $0.00 | $958.93 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $5,165.96 | $0.00 | $5,165.96 |
| 17 | NATIONSTAR MORTGAGE LLC<br>»»  P/7 RIVER LN/1ST MTG/LOAN MOD ORD 3/24/21/HOME POINT | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 18 | Verizon by American InfoSource as Agent | Unsecured Creditors | $96.11 | $0.00 | $96.11 |
| 19 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACYS CC | Unsecured Creditors | $3,512.76 | $0.00 | $3,512.76 |
| 20 | Nordstrom Inc<br>»»  TD BANK | Unsecured Creditors | $11,457.30 | $0.00 | $11,457.30 |
| 21 | QUANTUM3 GROUP LLC<br>»»  EXPRESS | Unsecured Creditors | $1,733.01 | $0.00 | $1,733.01 |
| 22 | QUANTUM3 GROUP LLC<br>»»  VICTORIA'S SECRET | Unsecured Creditors | $417.82 | $0.00 | $417.82 |
| 23 | QUANTUM3 GROUP LLC<br>»»  J CREW | Unsecured Creditors | $2,122.48 | $0.00 | $2,122.48 |
| 24 | DEPARTMENT STORE NATIONAL BANK<br>»»  MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $3,648.92 | $0.00 | $3,648.92 |
| 25 | CITIBANK, N.A.<br>»»  MY BEST BUY VISA | Unsecured Creditors | $5,807.66 | $0.00 | $5,807.66 |
| 26 | CITIBANK, N.A.<br>»»  HOME DEPOT CC | Unsecured Creditors | $133.47 | $0.00 | $133.47 |
| 27 | LVNV FUNDING LLC<br>»»  SOFI | Unsecured Creditors | $25,175.38 | $0.00 | $25,175.38 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BANANA REPUBLIC | Unsecured Creditors | $889.94 | $0.00 | $889.94 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  OLD NAVY | Unsecured Creditors | $1,070.87 | $0.00 | $1,070.87 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GAP | Unsecured Creditors | $1,725.65 | $0.00 | $1,725.65 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  PAYPAL | Unsecured Creditors | $5,900.88 | $0.00 | $5,900.88 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $90,170.00 | Plan Balance: | $35,280.00 | ** |
| Paid to Claims: | $80,807.40 | Current Monthly Payment: | $2,205.00 | |
| Paid to Trustee: | $6,882.12 | Arrearages: | $2,205.00 | |
| Funds on Hand: | $2,480.48 | Total Plan Base: | $125,450.00 | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit [www.TFSBillPay.com](www.TFSBillPay.com) for more  information.

View your case information online for *FREE*!  Register today at [www.ndc.org](www.ndc.org) or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.