| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Elizabeth K. Holdren, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: eholdren@hillwallack.com<br>*Attorneys for Summerhill Community Association, Inc.* |

| | |
|---|---|
| In Re: | Case No.: 20-15557-MEH |
| Tracey L. Gladden, | Chapter: 13 |
| Debtor. | Judge: Mark Edward Hall, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Summerhill Community Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Elizabeth K. Holdren, Esq.
                          Hill Wallack LLP
                          21 Roszel Road
                          P.O. Box 5226
                          Princeton, NJ 08543

    DOCUMENTS:

        ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑ All documents and pleadings of any nature.

DATED: January 16, 2025                                                                         HILL WALLACK LLP

                                                                                                            By: */s/ Elizabeth K. Holdren*
                                                                                                              Elizabeth K. Holdren

4927-0145-0765, v. 2