| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tracey L. Gladden<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7898<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  20–15557–MEH | | |

## Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Tracey L. Gladden

<u>8/13/25</u>                                                              **By the court:** <u>Mark Edward Hall</u>
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Tracey L. Gladden  
    Debtor

Case No. 20-15557-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5  
Date Rcvd: Aug 13, 2025     Form ID: 3180W     Total Noticed: 66

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tracey L. Gladden, 7 River Lane, Delanco, NJ 08075-1640 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 13 2025 21:16:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | EDI: IRS.COM | Aug 14 2025 00:52:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 518829395 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 21:26:51 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518802280 | + | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 21:26:42 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518802281 | + | EDI: TSYS2 | Aug 14 2025 00:52:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518825577 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 13 2025 21:19:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518802282 | + | EDI: CAPITALONE.COM | Aug 14 2025 00:52:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518802283 | + | EDI: CAPITALONE.COM | Aug 14 2025 00:52:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518831688 | + | EDI: AIS.COM | Aug 14 2025 00:52:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518802284 | | EDI: CITICORP | Aug 14 2025 00:52:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 518867110 | | EDI: CITICORP | Aug 14 2025 00:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518802285 | + | EDI: CITICORP | Aug 14 2025 00:52:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |

Case 20-15557-MEH   Doc 83   Filed 08/15/25   Entered 08/16/25 00:18:33   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Aug 13, 2025 | Form ID: 3180W | Total Noticed: 66 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518802286 | + | EDI: WFNNB.COM | Aug 14 2025 00:52:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518802288 | + | EDI: WFNNB.COM | Aug 14 2025 00:52:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 518802287 | + | EDI: WFNNB.COM | Aug 14 2025 00:52:00 | Comenity bank/J Crew, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518827564 | | EDI: LCIPHHMRGT | Aug 14 2025 00:52:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518802290 | | EDI: DISCOVER | Aug 14 2025 00:52:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518802289 | | EDI: CITICORP | Aug 14 2025 00:52:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518865792 | | EDI: Q3G.COM | Aug 14 2025 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518814170 | + | Email/Text: RASEBN@raslg.com | Aug 13 2025 21:16:00 | Deutsche Bank National Trust Company, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518813504 | | EDI: DISCOVER | Aug 14 2025 00:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518838650 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2025 21:26:39 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518864656 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2025 21:17:00 | HOME POINT FINANCIAL CORPORATION, Attn: Cashiering 11511 Luna Rd Suite 200, Farmers Branch, TX 75234-6451 |
| 518807909 | + | Email/Text: RASEBN@raslg.com | Aug 13 2025 21:16:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518802291 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2025 21:17:00 | Home Point Financial Corporation, Attn: Correspondence Dept, 11511 Luna Road; Suite 200, Farmers Branch, TX 75234-6451 |
| 519646031 | ^ | MEBN | Aug 13 2025 21:07:23 | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707, Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 519646030 | ^ | MEBN | Aug 13 2025 21:07:22 | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707-7540 |
| 518910597 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:26:50 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518910598 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:27:18 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 518802293 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 13 2025 21:17:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 520102326 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2025 21:17:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261 |
| 520102327 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 13 2025 21:17:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO BOX 619096, Dallas, TX 75261, Nationstar Mortgage LLC, ATTN: Bankruptcy Department |
| 518802295 | + | Email/Text: cedwards@ncsplus.com | | |

Case 20-15557-MEH    Doc 83    Filed 08/15/25    Entered 08/16/25 00:18:33    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 3180W | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 13 2025 21:17:00 | NCSPlus Incorporated, Attn: Bankruptcy, 117 East 24th Street, 5th Floor, New York, NY 10010-2937 |
| 518802294 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 13 2025 21:28:01 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518808091 | + | Email/Text: ECMCBKNotices@ecmc.org | Aug 13 2025 21:18:00 | Navient Solutions, LLC on behalf of, Educational Credit Management, Corporation, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518802296 | + | Email/Text: bnc@nordstrom.com | Aug 13 2025 21:17:28 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 518866038 | + | EDI: JEFFERSONCAP.COM | Aug 14 2025 00:52:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518802297 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 13 2025 21:27:10 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518894872 | + | EDI: LCIPHHMRGT | Aug 14 2025 00:52:00 | PHH Mortgage Co., POB 24605, West Palm Beach, FL 33416-4605 |
| 519464166 | | EDI: LCIPHHMRGT | Aug 14 2025 00:52:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518873357 | | EDI: PRA.COM | Aug 14 2025 00:52:00 | Portfolio Recovery Associates, LLC, c/o Banana Republic, POB 41067, Norfolk VA 23541 |
| 518847602 | | EDI: PRA.COM | Aug 14 2025 00:52:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518873359 | | EDI: PRA.COM | Aug 14 2025 00:52:00 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 518847603 | | EDI: PRA.COM | Aug 14 2025 00:52:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518873358 | | EDI: PRA.COM | Aug 14 2025 00:52:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518873361 | | EDI: PRA.COM | Aug 14 2025 00:52:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518866249 | | EDI: Q3G.COM | Aug 14 2025 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520420753 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:26:43 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520420752 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:27:19 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518802298 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 13 2025 21:18:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518872880 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 13 2025 21:27:06 | SoFi Lending Corp, 2750 E Cottonwood Pkwy Suite 300, Cottonwood Heights, UT 84121-7285 |
| 518802299 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 13 2025 21:27:38 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Avenue Suite 280, Healdsburg, CA 95448-4151 |
| 518802300 | + | EDI: SYNC | Aug 14 2025 00:52:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518803640 | ^ | MEBN | Aug 13 2025 21:04:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518802302 | + | EDI: SYNC | Aug 14 2025 00:52:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 3180W | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518802303 | + | EDI: SYNC | Aug 14 2025 00:52:00 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 518802305 | + | EDI: SYNC | Aug 14 2025 00:52:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518802304 | + | EDI: SYNC | Aug 14 2025 00:52:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518836476 | + | Email/Text: bncmail@w-legal.com | Aug 13 2025 21:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518802306 | + | EDI: WTRRNBANK.COM | Aug 14 2025 00:52:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518864947 | + | EDI: AIS.COM | Aug 14 2025 00:52:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518802307 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 13 2025 21:27:20 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518844854 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 13 2025 21:26:44 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518802301 | | Syncb/walmart |
| cr | *+ | Deutsche Bank National Trust Company, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | Home Point Financial Corporation, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518802292 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brad J. Sadek | |

Case 20-15557-MEH    Doc 83    Filed 08/15/25    Entered 08/16/25 00:18:33    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 3180W | Total Noticed: 66 |

| | |
|---|---|
| | on behalf of Debtor Tracey L. Gladden bradsadek@gmail.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Cory Francis Woerner | on behalf of Creditor Deutsche Bank National Trust Company cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Home Point Financial Corporation cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Elizabeth K. Holdren | on behalf of Creditor Summerhill Community Association Inc. eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Harold N. Kaplan | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8 hkaplan@rasnj.com, kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Deutsche Bank National Trust Company hkaplan@rasnj.com kimwilson@raslg.com |
| Laura M. Egerman | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE8 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE8 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Home Point Financial Corporation laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15